IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of:<br>Latausha E Griffin<br>4699 Storey Mill Rd<br>Hephzibah, GA 30815 | )<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case No: 21-10398-SDB |

## MOTION TO DISMISS (BEFORE CONFIRMATION NO PAYMENT)

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and shows that the above-named Debtor has not commenced making the payments proposed by the plan within thirty (30) days after the plan was filed, in violation of U.S.C. Section 1326.

WHEREFORE, said Trustee moves to dismiss the case.

This 10th day of August 2021.

/s/ Jane Miller
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

## NOTICE ON MOTION

Pursuant to direction by the Court, notice is hereby given that unless the Debtor requests a hearing in writing showing good cause to oppose this Motion within twenty-one (21) days of the date shown below, the case shall be dismissed.

**COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Motion to Dismiss (Before Confirmation No Payment) have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 10th day of August 2021.

Duncan & Brow, Attorneys At Law, 2608 Commons Blvd Ste A, Augusta, GA 30909

/s/ Yvonne Ogbuefi
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127